**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**ROBERT RAULS and BENITA RAULS**                                         **PLAINTIFF**

**v.**                        **CASE NO. 5:10-CV-00229 BSM**

**ALLSTATE PROPERTY AND CASUALTY**
**INSURANCE COMPANY**                                                     **DEFENDANT**

## ORDER

On December 16, 2010, plaintiffs' counsel, Maxie Kizer and Zachary Taylor, moved to withdraw as counsel [Doc. No 21], citing irreconcilable differences with plaintiffs. On December 30, 2010, the motion was held in abeyance for thirty days [Doc. No. 22], during which time plaintiffs were instructed to either obtain new counsel or state their intention to proceed *pro se* and provide their contact information. The thirty day abeyance has expired, but plaintiffs have not responded.

For cause shown, counsels' motion [Doc. No. 21] to withdraw is granted. Because plaintiffs have not  provided notice of new counsel or their intention to proceed *pro se*, the case is dismissed without prejudice. Kizer and Taylor are directed to provide plaintiffs with a copy and explanation of this order.

IT IS SO ORDERED this 25th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE