IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ROBERT RAULS and BENITA RAULS**                              **PLAINTIFF**

v.                  **CASE NO.  5:10-CV-00229 BSM**

**ALLSTATE PROPERTY AND CASUALTY**
**INSURANCE COMPANY**                                           **DEFENDANT**

## JUDGMENT

Pursuant to the order entered this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 25th day of February, 2011.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE